```
                                                              FILED
                                                          January 20, 2011
         UNITED STATES DISTRICT COURT FOR THE             CLERK, US DISTRICT COURT
                                                          EASTERN DISTRICT OF
                                                              CALIFORNIA
            EASTERN DISTRICT OF CALIFORNIA
                                                             DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                                    )    Case No. 2:11-MJ-00017-DAD
           Plaintiff,           )
v.                                 )    ORDER FOR RELEASE OF
                                    )    PERSON IN CUSTODY
GERARDO ALMEIDA, JR.,       )
                                    )
          Defendant.         )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>GERARDO ALMEIDA, JR</u>, Case No. <u>2:11-MJ-00017-DAD</u>, Charge <u>18 USC § 2252(a)(2)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       __  Release on Personal Recognizance

       ✔   Bail Posted in the Sum of $<u>50,000</u>

             ✔   Unsecured Appearance Bond

             __  Appearance Bond with 10% Deposit

             __  Appearance Bond with Surety

             __  Corporate Surety Bail Bond

             ✔   (Other)      <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 20, 2011</u> at <u>2:44 pm</u>.

                                    By    /s/ Dale A. Drozd
                                                Dale A. Drozd
                                                United States Magistrate Judge