DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
GERARDO ALMEIDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:11-cr-00043-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| GERARDO ALMEIDA, ) | |
| Defendant. ) | Date: July 28, 2011 |
| _____ ) | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, First Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for GERARDO ALMEIDA, that the status conference hearing date of July 14, 2011 be vacated, and the matter be set for status conference on July 28, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to continue to review and discuss the government's settlement offer with her client.  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 28, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

///

///

| | | |
|---|---|---|
| 1 | DATED: July 12, 2011. | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Public Defender |
| 3 | | |
| 4 | | /s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender |
| 5 | | Designated Counsel for Service<br>Attorney for GERARDO ALMEIDA |
| 6 | | |
| 7 | DATED: July 12, 2011. | BENJAMIN WAGNER<br>United States Attorney |
| 8 | | |
| 9 | | /s/ Carolyn Delaney<br>CAROLYN DELANEY<br>First Assistant U.S. Attorney |
| 10 | | Attorney for Plaintiff |

11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 14, 2011, status conference hearing be continued to July 28, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the July 28, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   July 12, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE