DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
COURTNEY FEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-11-043 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER MODIFYING |
| v. | ) | CONDITIONS OF RELEASE |
| | ) | |
| GERARDO TOMAS ALMEIDA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The government, through its counsel Laurel White, and the defendant through his counsel Courtney Fein, hereby stipulate that condition #18 of the special conditions of Mr. Almeida's pretrial release be removed. The parties so stipulate at the request of and with the approval of the pre-trial services officer, Ms. Renee Basurto.

The reason for this proposed modification is that Mr. Almeida has consistently tested negative and it is the opinion of the pre-trial services officer that further testing is no longer necessary. All other conditions of release previously imposed shall remain in full force and effect.

Dated: October 24, 2011                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            */s/ Courtney Fein*
                                            _____
                                            COURTNEY FEIN
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            GERARDO TOMAS ALMEIDA

///

| | |
|---|---|
| Dated: October 24, 2011 | BENJAMIN WAGNER<br>United States Attorney<br><br>*/s/ Courtney Fein for L. White*<br>_____<br>LAUREL WHITE<br>Assistant U.S. Attorney<br>per authority via electronic mail |

**O R D E R**

IT IS HEREBY ORDERED that condition #18 of defendant Gerardo Almeida's pretrial release be removed.

Dated: October 24, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip & Order/Almeida/CR-S-11-043 MCE     2